UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MELENDEZ, et al.,** <br><br> Plaintiff, <br><br> v. <br><br> **DIAZ, et al.,** <br><br> Defendants. | Case No. 1:20-cv-01393-DAD-JLT <br><br> **ORDER CONTINUING THE SCHEDULING CONFERENCE** <br> **(Doc. 12)** |

The parties have stipulated to the Court vacating the scheduling conference to allow time for the plaintiff to file an amended complaint and for the defense to respond to that complaint. (Doc. 12) They offer no deadlines for any of these events. Thus, the Court **GRANTS** the stipulation **IN PART** and **ORDERS**:

1. The first amended complaint, if any, **SHALL** be filed **no later than February 12, 2021**;

2. The responsive pleading **SHALL** be filed **no later than 30 days after** the filing of the first amended complaint;

///

///

///

///

3. The scheduling conference is **CONTINUED** to **April 12, 2021** at 9:00 a.m.

IT IS SO ORDERED.

Dated: **January 30, 2021**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE