UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY ANTHONY MENDOZA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RALPH DIAZ, et al., <br><br> Defendants. | Case No. 1:20-cv-01393-NODJ-CDB (PC) <br><br> ORDER ON STIPULATION MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT <br><br> (Doc. 92) |

Pending before the Court is Plaintiffs' renewed, stipulated request to extend their deadline to file an opposition to Plaintiff's motion for summary judgment. (Doc. 92). For good cause shown therein, it is HEREBY ORDERED,

Plaintiffs shall file their opposition to the pending motion for summary judgment by no later than **March 29, 2024**. Defendants may file an optional reply by no later than **April 9, 2024**. Pursuant to Local Rule 230(g), Defendants' motion for summary judgment is submitted upon the record and briefs on file, subject to the power of the Court to reopen the matter for further briefs or oral arguments or both.

IT IS SO ORDERED.

Dated: **March 7, 2024**

UNITED STATES MAGISTRATE JUDGE